IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TODD,

     Plaintiff,                    No. CIV 2:11-cv-2598-GEB-JFM (PS)

   vs.

JUDGE JOHN ELLIS,

     Defendant.                <u>ORDER</u>

_____/

        Pending before the court is plaintiff's motion to disqualify the undersigned pursuant to 28 U.S.C. § 455(a)(b)(1). Plaintiff's motion is based on this court's November 14, 2011 recommendation that plaintiff's complaint be dismissed with prejudice. Plaintiff contends that "[a] judge that makes prejudice judgments should not be allowed to make rulings in a case." Doc. No. 6 at 1.

        Section 455 provides in relevant part:

> (a) Any . . . judge . . . shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.
>
> (b) He shall also disqualify himself in the following circumstances:
>
>     (1) Where he has a personal bias or prejudice concerning a party . . . .

28 U.S.C. § 455(a), (b)(1).

1

1  The standard for recusal under 28 U.S.C. § 455 is "whether a reasonable person
2 with knowledge of all the facts would conclude that the judge's impartiality might reasonably be
3 questioned."  Mayes v. Leipziger, 729 F.2d 605, 607 (9th Cir. 1984) (quoting United States v.
4 Nelson, 718 F.2d 315, 321 (9th Cir. 1983) ); Ronwin v. State Bar of Arizona, 686 F.2d 692,
5 700-01 (9th Cir. 1981), rev'd on other grounds sub nom. Hoover v. Ronwin, 466 U.S. 558
6 (1984).  The alleged prejudice must result from an extrajudicial source; a judge's prior adverse
7 ruling is not sufficient cause for recusal.  Mayes, 729 F.2d at 607.

8  Examination of the motion to disqualify demonstrates that the plaintiff's
9 allegation arises solely from the finding of the undersigned that this action should be dismissed
10 with prejudice for lack of jurisdiction.  This cannot be the basis for recusal under 28 U.S.C.
11 § 455.  See Mayes, 729 F.2d at 607; Toth, 862 F.2d at 1388.  Therefore, plaintiff's motion for
12 disqualification under this section will be denied.

13  Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's motion to
14 disqualify is denied.

15 DATED: March 19, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;todd2598.disq