IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TODD,

      Plaintiff,                    No. CIV 2:11-cv-2598-GEB-JFM (PS)

    vs.

JUDGE JOHN ELLIS,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The March 19, 2012 findings and recommendations are vacated;

        2. Plaintiff's March 21, 2012 motion to dismiss is granted; and

        3. This action is dismissed.

DATED: March 30, 2012.

*[Signature]*
UNITED STATES MAGISTRATE JUDGE

/014;todd2598.59